UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS ROSARIO, JR.,

               Plaintiff,

-against-

CITY OF NEW YORK COMPTROLLER,

               Defendant.

23-CV-1775 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the May 30, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 17, 2023
          New York, New York

                                         /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                          Chief United States District Judge