UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ROSARIO, JR.,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK COMPTROLLER,<br><br>                    Defendant. | 23-CV-1775 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 17, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 17, 2023
          New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge